IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  **22-cr-66-RMR**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MATTHEW CHRISTOPHER HARRIS,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 31, 2022, in the State and District of Colorado, the defendant, MATTHEW CHRISTOPHER HARRIS, did knowingly transmit in interstate and foreign commerce a communication, namely an email, containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

### COUNT TWO

On or about February 1, 2022, in the State and District of Colorado, the defendant, MATTHEW CHRISTOPHER HARRIS, did knowingly transmit in interstate and foreign commerce a communication, namely an email, containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

On or about the November 2, 2021, in the State and District of Colorado, the defendant, MATTHEW CHRISTOPHER HARRIS, in connection with the attempted acquisition of a firearm, namely a .38 caliber Smith and Wesson model "Bodyguard" revolver, from Silver Bullet Shooting Range, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Silver Bullet Shooting Range, which statement was intended and likely to deceive Silver Bullet Shooting Range, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented he had never been committed to a mental institution.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR

On or about February 1, 2022, in the State and District of Colorado, the defendant, MATTHEW CHRISTOPHER HARRIS, knowing that he had previously been committed to a mental institution, did knowingly possess ammunition, that is a box of .38 ammunition, in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(4).

## FORFEITURE ALLEGATION

The allegations contained in Counts Three and Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations alleged in Counts Three and Four of this Indictment involving violations of Title 18, United States Code, Section 922(a)(6) and (g)(4), defendant MATTHEW CHRISTOPHER HARRIS shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses.

If any of the property described in paragraphs above, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;
b) has been transferred or sold to, or deposited with, a third party;
c) has been placed beyond the jurisdiction of the Court;
d) has been substantially diminished in value; or
e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

/

/

/

/

/

/

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: <u>s/Alison Connaughty</u>
Alison Connaughty
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail: alison.connaughty@usdoj.gov
Attorney for the Government