# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO. 1:22-cr-00066-RMR-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MATTHEW CHRISTOPHER HARRIS,

      Defendant.

___

## NOTICE OF INSANITY DEFENSE PER FEDERAL RULE OF CRIMINAL PROCEDURE 12.2

___

PLEASE TAKE NOTICE that Defendant Matthew Christopher Harris, by and through his counsel of record, Nancy Kardon, hereby gives notice, pursuant to Federal Rule of Criminal Procedure 12.2, of his intent to assert a defense of insanity. Notice has been given to the attorneys for the government.

Dated this 21st day of June, 2022.

                Respectfully submitted,

                s/ Nancy Kardon
                NANCY KARDON

                Nancy Kardon, Esq. (Bar #47074)
                Kardon Law, Inc.
                4770 Baseline Rd
                Suite 200, Boulder CO 80303
                nkardon@kardonlaw.com
                (310) 902-7837

## CERTIFICATE OF SERVICE

       I hereby certify that on this 21st day of June, 2022, I electronically filed the foregoing Notice of Insanity Defense with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

                                                /s/ *Nancy Kardon*
                                                NANCY KARDON