# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO. 1:22-cr-00066-RMR-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MATTHEW CHRISTOPHER HARRIS,

        Defendant.

---

## MOTION FOR COMPETENCY HEARING
---

        Undersigned counsel for Matthew Christopher Harris hereby declares a doubt as to Mr. Harris' legal mental competency and requests that this Court set a hearing to determine his competency. 18 U.S.C. § 4241(a).

        Prior to the date set for the above requested hearing, counsel requests that this Court order a psychiatric or psychological examination of Mr. Harris be conducted, per 18 U.S.C. §4241(b), and that a report of that examination be filed with the Court pursuant to the provisions of 18 U.S.C. §4247(b) and (c).

Dated this 4th day of October, 2022.

                                Respectfully submitted,

                                *s/ Nancy Kardon*
                                NANCY KARDON

                                Nancy Kardon, Esq. (Bar #47074)
                                Kardon Law, Inc.
                                4770 Baseline Rd, Suite 200
                                Boulder, CO 80303
                                nkardon@kardonlaw.com
                                (310) 902-7837

*s/ Edward M. Robinson*
EDWARD M. ROBINSON

Edward M. Robinson, Esq.
21515 Hawthorne Blvd, Suite 730
Torrance, CA 90503
eroblaw@gmail.com
(310) 995-9332

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 4th day of October, 2022, I electronically filed the foregoing MOTION FOR COMPETENCY HEARING with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

                                                /s/ *Nancy Kardon*
                                                NANCY KARDON