IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00066-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MATTHEW CHRISTOPHER HARRIS,

    Defendant.

**JOINT STATUS REPORT ON EVALUATION PROCEEDINGS PURSUANT TO 18 U.S.C. § 4243**

    The United States of America, by and through Matthew T. Kirsch, Acting United States Attorney for the District of Colorado, Alison Connaughty, Assistant United States Attorney, James Peterson, Trial Attorney for the Department of Justice, and counsel for the defendant, respectfully file this Joint Status Report on Evaluation Proceedings Pursuant to 18 U.S.C. § 4243. Counsel for the government is filing this Status Report on behalf of all parties.

    On September 19, 2024, a bench trial was held and the defendant was found not guilty only by reason of insanity [ECF #100]. The Court considered Stipulations filed by the parties [ECF #81] and exhibits that were submitted by the defense and admitted by the Court [ECF #92].

    The Court's finding ordered further evaluation related to the question of whether the defendant's release will create a substantial risk of bodily injury to another person or serious damage of property of another due to a present mental disease or defect

pursuant to 18 U.S.C. § 4243. The Court set a hearing for further proceedings related to the Court's findings on October 29, 2024, and ordered the parties to file a status report on or before October 21, 2024 [ECF #101].

    The defendant will be transferred to a suitable medical facility for the evaluation pursuant to 18 U.S.C. 4243(b) the week of November 10, 2024, and the evaluation ordered by the Court will be complete by November 27, 2024. The defendant is willing to waive his right to a hearing within 40 days as set out in 18 U.S.C. § 4243(c). The parties jointly ask this Court to vacate the October 29, 2024, hearing, and set a hearing date after November 27, 2024, for further proceedings related to the Court's finding of not guilty only by reason of insanity.

    Respectfully submitted,

    MATTHEW T. KIRSCH
    Acting United States Attorney

By   *s/ Alison Connaughty*
    ALISON CONNAUGHTY
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1801 California St., Ste. 1600
    Denver, CO 80202
    Telephone: 303-454-0108
    Fax:  303-454-0406
    E-mail:  Alison.Connaughty@usdoj.gov

By:  *s/ Jim Peterson*
    Jim Peterson
    Trial Attorney
    United States Department of Justice
    1331 F Street, N.W.
    Washington, D.C. 20530
    Telephone: 202-353-0796
    Email: James.d.peterson@usdoj.gov
    Attorneys for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on October 21, 2024, I electronically filed the foregoing **JOINT STATUS REPORT ON EVALUATION PROCEEDINGS PURSUANT TO 18 U.S.C. § 4243** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                              *s/Alison Connaughty*
                                              Assistant United States Attorney
                                              U.S. Attorney's Office