UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

    -v-                                           5:09-CR-572

LAWRENCE R. TUTTLE,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HON. LISA A. PEEBLES<br>Federal Public Defender for the<br>Districts of Northern New York and Vermont<br>Attorneys for Defendant<br>4 Clinton Square, 3rd Floor<br>Syracuse, NY  13202 | LISA A. PEEBLES, ESQ. |
| HON. RICHARD S. HARTUNIAN<br>United States Attorney<br>Northern District of New York<br>P.O. Box 7198<br>100 South Clinton Street<br>Syracuse, NY  13261 | RICHARD SOUTHWICK, ESQ.<br>Ass't United States Attorney |

DAVID N. HURD
United States District Judge

### O R D E R

       A dangerousness hearing was held in Utica, New York, on December 19, 2011, to determine whether the defendant's release into the community would create a substantial risk of bodily injury to another person or serious damage to the property of another.  After having considered the evidence and arguments presented by both parties, it is determined that the defendant has not met his burden of proof establishing that his release would not pose a substantial risk of bodily injury to another person or serious property damage to

EXHIBIT B

another.

      Therefore, it is ordered that

      1.  Defendant Lawrence R. Tuttle be committed, pursuant to 18 U.S.C. § 4243(e)(2), to the care and custody of the Attorney General to be hospitalized at a suitable treatment facility until such time that the defendant's mental condition is such that his release or conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment would not create a substantial risk of bodily injury to another person or serious property damage to another; and

      2.  A status hearing shall be held on March 19, 2012, at noon by telephone.  At this status hearing, representatives of the facility where the defendant is currently being treated shall appear by telephone and advise of the progress of the proposed treatment plan.

      IT IS SO ORDERED.

_____
United States District Judge

Dated:  December 19, 2011
       Utica, New York.